# EXHIBIT A



# Sheriff of Hillsborough County

P.O. BOX 3371
TAMPA, FLORIDA 33601
PHONE 247-8000

David Gee

February 11, 2014

Dr. Carolyn Hepburn Collins, President
Hillsborough County Branch NAACP
Post Office Box 4266
Tampa, FL 33677

Dear Dr. Collins:

    Last Friday evening the opening of the Florida State Fair was marred by unprecedented incidents of violence and disorder. The behavior of many fair goers was so egregious that the Sheriff's Office was prompted to order the closing of the midway and grounds several hours early at 10:00 PM. Nearly 200 deputies were present at the time, but the unruliness and misbehavior overwhelmed the resources and jeopardized the safety of everyone at the fair.

    The disregard for order and lack of respect for other persons was alarming in itself. I am more concerned that the overwhelming number of youth and young adults arrested or ejected from the midway for misconduct were African-American, and I recognize the responsibility to address this issue and ensure that the circumstances are not repeated in the future. I know that the answer cannot be found strictly in a law enforcement response and intend to move forward with a holistic approach to maintaining order at the State Fair.

    Sometime following the conclusion of this year's fair, I have directed my staff to solicit the support of the NAACP, the Pastors on Patrol, and the Sheriff's Black Advisory Council to engage in dialogue on how best to deter future incidents like those of the past Friday. I fully expect that education will be a critical component of any such campaign, and that communicating the dangers of such reckless behavior to the youth is important. Your organization's help will be imperative.

    The Sheriff's Office has valued the relationship we enjoy with the NAACP through the Public Safety Coordinating Council and other endeavors. I am confident that together we can remedy this problem and deliver a benefit to all citizens of our community.

Sincerely,

David Gee
Sheriff

DG/brc

c: Mr. Thomas Battles, United States Department of Justice



# Sheriff of Hillsborough County

P.O. BOX 3371
TAMPA, FLORIDA 33601
PHONE 247-8000

David Gee

February 11, 2014

Dr. W. James Favorite, Pastor
Beulah Baptist Institutional Church
1006 Cypress Street
Tampa, Florida 33606

Dear Pastor Favorite:

Last Friday evening the opening of the Florida State Fair was marred by unprecedented incidents of violence and disorder. The behavior of many fair goers was so egregious that the Sheriff's Office was prompted to order the closing of the midway and grounds several hours early at 10:00 PM. Nearly 200 deputies were present at the time, but the unruliness and misbehavior overwhelmed the resources and jeopardized the safety of everyone at the fair.

The disregard for order and lack of respect for other persons was alarming in itself. I am more concerned that the overwhelming number of youth and young adults arrested or ejected from the midway for misconduct were African-American, and I recognize the responsibility to address this issue and ensure that the circumstances are not repeated in the future. I know that the answer cannot be found strictly in a law enforcement response and intend to move forward with a holistic approach to maintaining order at the State Fair.

Sometime following the conclusion of this year's fair, I have directed my staff to solicit the support of the Pastors on Patrol, NAACP, and the Sheriff's Black Advisory Council to engage in dialogue on how best to deter future incidents like those of the past Friday. I fully expect that education will be a critical component of any such campaign, and that communicating the dangers of such reckless behavior to the youth is important. Your organization's help will be imperative.

The Sheriff's Office has valued the advice and support of the Pastors on Patrol on many issues and look forward to partnering on this matter. I am confident that together we can remedy this problem and deliver a benefit to all citizens of our community.

Sincerely,

David Gee
Sheriff

DG/brc

c: Mr. Thomas Battles, United States Department of Justice



**Sheriff of Hillsborough County**

P.O. BOX 3371
TAMPA, FLORIDA 33601
PHONE 247-8000

David Gee

February 11, 2014

Mr. James Cole
President, Hillsborough County Sheriff's Black Advisory Council
12206 Wood Duck Place
Temple Terrace, Florida 33617

Dear Mr. Cole:

Last Friday evening the opening of the Florida State Fair was marred by unprecedented incidents of violence and disorder. The behavior of many fair goers was so egregious that the Sheriff's Office was prompted to order the closing of the midway and grounds several hours early at 10:00 PM. Nearly 200 deputies were present at the time, but the unruliness and misbehavior overwhelmed the resources and jeopardized the safety of everyone at the fair.

The disregard for order and lack of respect for other persons was alarming in itself. I am more concerned that the overwhelming number of youth and young adults arrested or ejected from the midway for misconduct were African-American, and I recognize the responsibility to address this issue and ensure that the circumstances are not repeated in the future. I know that the answer cannot be found strictly in a law enforcement response and intend to move forward with a holistic approach to maintaining order at the State Fair.

Sometime following the conclusion of this year's fair, I have directed my staff to solicit the support of the NAACP, the Pastors on Patrol, and the Sheriff's Black Advisory Council to engage in dialogue on how best to deter future incidents like those of the past Friday. I fully expect that education will be a critical component of any such campaign, and that communicating the dangers of such reckless behavior to the youth is important. Your organization's help will be imperative.

The Sheriff's Office has valued the advice and support of the Sheriff's Black Advisory Council on many issues. I am confident that together we can remedy this problem and deliver a benefit to all citizens of our community.

Sincerely,

David Gee
Sheriff

DG/brc

c: Mr. Thomas Battles, United States Department of Justice