UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW JOSEPH, JR., as
natural father, next friend and
personal representative of the
Estate of Andrew Joseph, III, deceased,

                CASE NO. 8:16-cv-274-T-35TBM

        Plaintiff,

vs.

DAVID GEE, in his official capacity as
the Sheriff of Hillsborough County, State of Florida;
THE FLORIDA STATE FAIR AUTHORITY, an
instrumentality of the State of Florida; and the
HILLSBOROUGH COUNTY SCHOOL BOARD;

        Defendants,
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT, HILLSBOROUGH COUNTY SCHOOL BOARD**

      There having as yet been no answer or motion for summary judgment filed in this matter, Plaintiff, by and through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal of the Defendant, Hillsborough County School Board from this action.

                Respectfully submitted,

                */s/ Barry A. Cohen*
                BARRY A. COHEN
                Florida Bar No. 0096478
                MICHAEL W. GAINES
                Florida Bar No. 775614
                KEVIN J. DARKEN
                Florida Bar No. 0090956

BARRY A. COHEN, P.A.
201 E. Kennedy Boulevard, Suite 1950
Tampa, Florida 33602
Work: (813) 225-1655; Fax: (813) 225-1921
bcohen@tampalawfirm.com
mgaines@tampalawfirm.com
kdarken@tampalawfirm.com
mwalsh@tampalawfirm.com
jhalle@tampalawfirm.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of June 2016, I electronically filed a true and correct copy of the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Barry A. Cohen
BARRY A. COHEN