# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANDREW JOSEPH, JR., as natural father,
next friend and personal representative of
the Estate of Andrew Joseph III, deceased,

                Plaintiff,

                              CASE NO.: 8:16-cv-274T35-TBM

v.

DAVID GEE, in his official capacity as the
Sheriff of Hillsborough County, State of Florida;
THE FLORIDA STATE FAIR AUTHORITY,
an instrumentality of the State of Florida; Deputy
Sheriff HENRY ECHENIQUE, in his individual
capacity; Deputy Sheriff MARK CLARK, in his
individual capacity; Deputy Sheriff STEPHEN
JONES, in his individual capacity; and Deputy
Sheriff ADRIAN CHESTER, in his individual
capacity,

                Defendants.
_____/

## NOTICE OF SUBSTITUTION OF PARTY DEFENDANT AND MOTION TO REQUEST SUBSTITUTION OF PARTY DEFENDANT

*COMES NOW*, Defendant, **SHERIFF DAVID GEE, as Sheriff of Hillsborough County Sheriff's Office**, by and through the undersigned counsel, and hereby files this Notice of Substitution of Party Defendant and Motion to Request Substitution of Party Defendant pursuant to Federal Rule of Civil Procedure 25(d) and the particular reasons set forth below:

1. In regard to this lawsuit, Sheriff David Gee has only been sued in his official capacity as Sheriff of Hillsborough County, Florida.

2. On September 30, 2017, Sheriff David Gee will retire after 39 years of dedicated service to the Hillsborough County Sheriff's Office and the citizens of Hillsborough County.

3. Effective October 1, 2017, the Governor of the State of Florida has appointed Chad Chronister as Sheriff of Hillsborough County, Florida.

4. The Federal Rules of Civil Procedure provide for the substitution of public officers, like a Sheriff, under these circumstances. More specifically, Federal Rule of Civil Procedure 25(d) provides as follows,

> **(d) Public Officers; Death or Separation from Office.**
> An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The Court may order substitution at any time, but the absence of such an order shall not affect the substitution.

Federal Rule of Civil Procedure 25(d).

5. Based upon the foregoing, the undersigned counsel respectfully requests that all parties acknowledge that Sheriff Chad Chronister in his official capacity as Sheriff of Hillsborough County, Florida, is automatically substituted as

the party Defendant in this action; and that all proceedings going forward will be in the name of the newly appointed Sheriff of Hillsborough County, Florida. The undersigned counsel further respectfully requests that the Court enter an Order of Substitution of Party Defendant without a hearing

**WHEREFORE**, Defendant, **SHERIFF DAVID GEE, as Sheriff of Hillsborough County Sheriff's Office**, respectfully requests that the newly appointed Sheriff of Hillsborough County, Florida be automatically substituted as the party Defendant in his official capacity in this action; that all proceedings going forward will be in the name of the newly appointed Sheriff of Hillsborough County, Florida; and that the Court enter an Order of Substitution of Party Defendant without a hearing.

    /s/    THEA G. CLARK
**THEA G. CLARK, ESQ.**
Florida Bar No.: 0127507
tclark@hcso.tampa.fl.us
Telephone (813) 247-8185
**JASON G. GORDILLO, ESQ.**
Florida Bar No.: 0399663
jgordill@hcso.tampa.fl.us
Telephone (813) 247-8102
Trial Counsel for
Hillsborough County Sheriff's Office
2008 E. 8th Avenue
Post Office Box 3371
Tampa, Florida  33601
Facsimile  (813) 242-1817

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing has been furnished by electronic mail to the following: Guy B. Rubin, Esq. & Todd Norbraten, Esq., Rubin & Rubin, *Attorney for Plaintiff*, at **grubin@rubinandrubin.com** and **tnorbraten@rubinandrubin.com** and Sean M. Conahan, Esq. & Susan K. Mazuchowski, Esq., Fulmer, LeRoy & Albee, PLLC, *Attorney for the Florida State Fair Authority*, at **sconahan@fulmerleroy.com** and **smazuchowski@fulmerleroy.com** this 26th day of September, 2017.

                                           /s/     THEA G. CLARK
                                           **THEA G. CLARK, ESQ.**