3.      At that time, Sheriff's Office Legal Counsel, Mr. Jason Gordillo, assumed full

representation for the Sheriff and the other named Sheriff's Office Defendants however, a formal

Motion to Withdraw was not filed.

4.      Mrs. Clark is aware of this motion and has no objection.

5.      Pursuant to Local Rule 3.01(g), undersigned counsel hereby certifies that on or

before January 21, 2020, he conferred with both Sean Conahan, counsel for Defendant Florida

State Fair Authority, who has no objection; and Todd Norbraten, counsel for Plaintiff, who has

no objection as well.

WHEREFORE, Defendants, Chad Chronister, in his official capacity as Sheriff of

Hillsborough County, Florida, and Mark Clark, Henry Echenique and Stephen Jones, in their

individual capacities, hereby request that this Honorable Court enter an Order allowing Thea

Clark to withdraw, together with such further Orders as justice requires.

Respectfully submitted this 22nd day of January, 2020,

/s/ A. Michael Perotti, Counsel for Defendants
A. Michael Perotti, Esq.
Florida Bar No. 0986010
Attorney for Chad Chronister, in his official capacity
as Sheriff of Hillsborough County and Mark Clark,
Henry Echenique and Stephen Jones in their
individual capacities
2008 8th Avenue
Post Office Box 3371
Tampa, Florida  33601
Telephone:  (813) 247-0975
Fax:  (813) 242-1817
Email: aperotti@hcso.tampa.fl.us