UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW JOSEPH, JR., as natural
Father, next friend and personal
Representative of the Estate of
ANDREW JOSEPH, III deceased.

      Plaintiff                                 CASE NO. 8:16-cv-274-T-35CPT

v.

CHAD CHRONISTER, FLORIDA STATE
FAIR AUTHORITY, an instrumentality of the
STATE OF FLORIDA, HENRY ECHENIQUE,
in his individual capacity, MARK CLARK,
in his individual capacity, STEPHEN JONES,
in his individual capacity,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

**COME NOW Plaintiff ANDREW JOSEPH, JR**., as Natural Father, Next Friend and Personal Representative of the Estate of ANDREW JOSEPH, III., Deceased, and **Defendant FLORIDA STATE FAIR AUTHORITY, together** ('the Settled Parties"), and hereby inform the Court that the Settled Parties jointly have reached an amicable settlement **as to the claims by Plaintiff as to Defendant Florida State Fair Authority ONLY**.

The Settled Parties jointly request this Court retain jurisdiction to enter an appropriate Order once mutually agreeable releases have been exchanged, executed, and presented to this Court. Further, considering the joint amicable settlement reached

Page **1** of **3**

between the Settled Parties ONLY, the trial beginning September 12, 2022, in the United States District Court for the Middle District of Florida, Tampa Division, will not involve any claims, defenses, or other matters involving Defendant FLORIDA STATE FAIR AUTHORITY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by electronic mail to the following on this 9th day of September, 2022:

**April Sloane Kirsheman, Esquire**
Hillsborough County Sheriff's Office
2008 E.8th Avenue
PO Box 3371
Tampa, FL  33605-3371
Telephone: 813-247-8185
Fax: 813-242-1817
Email: akirsheman@hcso.tampa.fl.us

**Christopher Erik Brown, Esquire**
Hillsborough County Sheriff's Office
2008 E.8th Avenue
PO Box 3371
Tampa, FL  33605-3371
Telephone: 813-247-8133
Fax: 813-247-0941
Email: chrisbro@hcso.tampa.fl.us

**Sean Michael Conahan, Esquire**
SHELTON | MCKEAN
9700 9th Street N.
St. Petersburg, FL 33702
Telephone: (727) 316-6363
Facsimile: (727) 316-6368
Email: sconahan@sheltonmckean.com
Attorney for Florida State Fair Authority

**Maria A. Borland., Esquire**
Hill Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700

Tampa, FL  33612-2231
Telephone: (813) 221-3900
Fax: (813) 221-2900
Email: marie.borland@hwhlaw.com
Attorney for Defendants Sheriff Chad
Chronister and Deputy Sheriff Mark Clark


/s/ Guy Rubin
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No. 691305
**RUBIN & RUBIN**
PO Box 395
Stuart, FL  34995
Tel: 772-283-2004
Fax: 772-283-2009
grubin@rubinandrubin.com
Lead Attorney for Plaintiff

/s/ Donovan Roper
DONOVAN A. ROPER, ESQUIRE
Florida Bar No. 0858544
MARK K. McCULLOCH, ESQUIRE
Florida Bar No. 0103095
**ROPER & ROPER, P.A.**
116 North Park Avenue
Apopka, FL 32703
Tel: 407-884-9944
Fax: 407-884-4343
email@roperandroper.com
mmcculloch@roperandroper.com
lblackburn@roperandroper.com
blewis@roperandroper.com
Attorney for *Florida State Fair Authority*