UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW JOSEPH, JR.,

      Plaintiff,

v.                                                                          Case No: 8:16-cv-274-MSS-CPT

CHAD CHRONISTER, FLORIDA
STATE FAIR AUTHORITY, and
MARK CLARK,

      Defendants.
_____

## ORDER

On September 9, 2022, the Parties filed a Joint Notice of Settlement, informing the Court that the above-captioned case was settled as between Plaintiff and Defendant Florida State Fair Authority. (Dkt. 393) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE as between Plaintiff and Defendant Florida State Fair Authority ONLY**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. The case shall proceed in the normal course as to the remaining claims against Defendants Chronister and Clark.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of September 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party