# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| CASE NO.  8:16-cv-274-MSS-CPT | DATE: September 16, 2022 |
| TITLE:  Joseph v. Chronister et al | |
| TIME:  9:03 AM – 10:28 AM; 10:40 AM – 12:10 PM; 1:42 PM - 2:04 PM; 2:11 PM – 3:00 PM; 3:15 PM – 4:32 PM | TOTAL:  5 hours, 23 minutes |
| Courtroom Deputy: Magaly Justiniano | |
| Court Reporter:  David Collier | |
| Counsel for Plaintiff(s):  Christopher S. Anulewicz and Guy Bennett Rubin, Todd Norbraten, Patrick Silloway | |
| Counsel for Defendant(s):  Robert M. Fulton, Robert A. Shimberg, Lauren Ayers, Rachel Eilers and Marie A. Borland | |

## _CLERK'S MINUTES: PROCEEDINGS OF JURY TRIAL- DAY 5_

9:03 AM     Court called to order.
            The Court and parties discuss preliminary matters.

9:07 AM     Jury enters the courtroom.

9:08 AM     **Plaintiff's Witness**: Alton Harrison (sworn)
            Direct Examination by Plaintiff's Counsel, Guy Rubin.
            Cross Examination by Defense Counsel, Robert Shimberg.
            Witness excused.

10:08 AM    Jury exits the courtroom.

10:08 AM    **Plaintiff's Witness**: Corey Adonis Thornton, Jr.  (sworn)
            Direct Examination by Plaintiff's Counsel, Todd Norbraten.
            Cross Examination by Defense Counsel, Robert Shimberg.

10:28 AM    Court in recess.

10:40 AM      Court back in session.

10:42 AM      Jury enters the courtroom.

10:43 AM      **Plaintiff's Witness**: Corey Adonis Thornton, Jr.  (sworn)
              Direct Examination by Plaintiff's Counsel, Todd Norbraten.
              Cross Examination by Defense Counsel, Robert Shimberg.
              Redirect Examination by Plaintiff's Counsel, Todd Norbraten.
              Witness excused.

11:49 AM      Jury excused for lunch.

11:50 AM      The Court and parties discuss preliminary matters.

12:10 PM      Court in recess.

1:42 PM       Court back in session.
              The Court and the parties discuss preliminary matters.

1:53 PM       Jury enters the courtroom. Witness returns to the courtroom.
              Continued direct examination.

2:04 PM       Jury excused. Court in recess.

2:11 PM       Court back in session.

2:12 PM       Jury returns to the courtroom.
              Cross examination by Defense Counsel, Robert Shimberg.
              Witness excused.

3:00 PM       Court in recess.

3:15 PM       Court back in session.
              The Court and parties discuss preliminary matters.

3:20 PM       Jury enters the courtroom.

3:21 PM       Deposition of Robert Pierson read into the record.

3:50 PM       Reading of Robert Pierson's deposition concluded.

3:53 PM       Jury excused for the day.

The Court and the parties discuss preliminary matters.

4:32 PM     Court adjourned. Trial will resume 9/19/2022 at 9:00 A.M.