AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

Andrew Joseph, Jr.

v.                                    Case No. 8:16-cv-274-MSS-CPT

Chad Chronister, et. al
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jordan Porrino 13012 Early Run Lane Riverview, FL 33578

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
  Failure to appear.

Date: 09/19/2022

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

City and state: Tampa, FL

### Return

This warrant was received on *(date)* 9/19/2022, and the person was arrested on *(date)* 9 20 2022
at *(city and state)*

Date: 9 20 2022

*Arresting officer's signature*

*Printed name and title*