IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ANDREW JOSEPH, JR., as natural father, next friend and personal representative of the Estate of Andrew Joseph, III, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>CHAD CHRONISTER, in his official capacity as the Sheriff of Hillsborough County, State of Florida; and Deputy Sheriff MARK CLARK, in his individual capacity,<br><br>　　Defendants. | CIVIL ACTION NO.<br>8:16-CV-00274-MSS-CPT |

## VERDICT FORM
### Florida State Law Wrongful Death Claim

We, the jury unanimously find the following by a preponderance of the evidence:

1. That there was negligence on the part of CHAD CHRONISTER, in his official capacity as the Sheriff of Hillsborough County, which was a legal cause of ANDREW JOSEPH, III's death?

　　　　　　YES __✓__　　　NO _____

If your answer to question 1 is "No," your verdict as to Part I is for the Defendant and this ends your deliberations as to Part I of this Verdict Form, and

1

you may proceed to Part II of the Verdict Form. If your answer to question 1 is "Yes," proceed to Question 2 below.

2. Was there negligence on the part of ANDREW JOSEPH, III which was a legal cause of his death?

YES ✓     NO _____

If your answer to question 2 is "Yes," please proceed to question 3. If your answer to question 2 is "No," skip question 3 and proceed to question 4.

3. State the percentage of any negligence, which was a legal cause of ANDREW JOSEPH, III's death, that you apportion to?

CHAD CHRONISTER, in his official capacity as the Sheriff of Hillsborough County            % 90

ANDREW JOSEPH, III            % 10

**Total must be 100%**

**Please answer question 4.**

4. State the total amount of damages sustained by Deanna Joseph, the surviving mother of ANDREW JOSEPH, III:

$ 7,500,000

**Please answer question 5.**

5. State the total amount of damages sustained by Andrew Joseph, Jr., the surviving father of ANDREW JOSEPH, III:

$ 7,500,000

In determining the total amount of damages, do not make any reduction because of the negligence, if any, of ANDREW JOSEPH, III. If you found ANDREW JOSEPH, III negligent in any degree, the court in entering judgment will reduce the total amount of damages by the percentage of negligence, if any, which you apportioned in paragraph 3 above.

SO SAY WE ALL.

[Foreperson's Signature redacted]

Foreperson's Signature

DATE: 9/22/22