IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW JOSEPH, JR., as )
natural father, next friend and )
personal representative of the )
Estate of Andrew Joseph, III, )
deceased, )
)
    Plaintiff, )
)
v. )
) CIVIL ACTION NO.
) 8:16-CV-00274-MSS-CPT
CHAD CHRONISTER, in his )
official capacity as the Sheriff of )
Hillsborough County, State of )
Florida; and Deputy Sheriff )
MARK CLARK, in his individual )
capacity, )
)
    Defendants. )
_____)

### VERDICT FORM
### 42 U.S.C. § 1983 Claim for Wrongful Seizure in Violation of the Fourth and Fourteenth Amendments to the United States Constitution

We, the jury unanimously find the following by a preponderance of the evidence:

1. Defendant Mark Clark intentionally committed acts that violated Andrew Joseph, III's right to be free from an unconstitutional seizure?

        YES _____   NO __✓__

If your answer to question 1 is "No," your verdict is for Defendant Mark Clark and this ends your deliberations, and your foreperson should sign and date

the last page of this verdict form. If your answer to question 1 is "Yes," proceed to question 2 below.

    2.    That Defendant Mark Clark's actions were "under color" of state law?

        YES \_\_\_\_\_        NO \_\_\_\_\_

**The parties have agreed that Defendant Mark Clark acted under color of law, so you should accept that as a proven fact and proceed to question 3.**

    3.    That Defendant Mark Clark's conduct caused Andrew Joseph, III's injuries?

        YES \_\_\_\_\_        NO \_\_\_\_\_

**If your answer to question 3 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to question 3 is "Yes," please proceed to question 4a.**

    4a. That Andrew Joseph, Jr., as personal representative of Andrew Joseph, III's estate, should be awarded compensatory damages against Defendant Mark Clark?

        YES \_\_\_\_\_        NO \_\_\_\_\_

**If your answer to question 4a is "Yes," please answer questions 4a(1) and 4a(2). If you answer to question 4a is "No," please skip questions 4a(1) and 4a(2) and proceed to question 4b.**

      4a(1). State the total amount of damages sustained by Andrew Joseph, Jr., the surviving father of ANDREW JOSEPH, III:

$ _____

      4a(2). State the total amount of damages sustained by Deanna Joseph, the surviving mother of ANDREW JOSEPH, III:

$ _____

– OR –

      4b. That Andrew Joseph, Jr., as personal representative of Andrew Joseph, III's estate, should be awarded nominal damages against Defendant Mark Clark? *[If Andrew Joseph, Jr., as personal representative, has failed to prove that Andrew Joseph, III suffered more than a minimal physical injury as a result of the detention by Defendant Mark Clark, then you must award nominal damages of $1.00. This is because a person whose constitutional rights were violated is entitled to a recognition of that violation, even if he suffered no actual injury.]*

      YES _____  NO _____

If your answer is "Yes," in what amount?  $_____

If your answers to question 4a AND question 4b were NO, please skip question 5. This ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to question 4a OR question 4b was YES, please answer question 5.

5. That punitive damages should be assessed against Defendant Mark Clark?

        YES _____        NO _____

If your answer is "Yes," in what amount?    $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 9/22/22