IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW JOSEPH, JR., as natural father, next friend and personal representative of the Estate of Andrew Joseph, III, deceased,

Plaintiff,

v.

CHAD CHRONISTER, et al.

Defendants.

Case No.: 8:16-cv-0274-35CPT

_____ Evidentiary
__X__ Trial
_____ Other

## DEFENDANTS CHRONISTER AND CLARK'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| ✓ 1 | 9/13/22 | 9/13/22 | Mark Clark | Relevance | Day and night aerial photographs of the Florida State Fairgrounds ("FSFG") (composite) (February 10, 2017) |
| 2 | | | | Authenticity | 2014 FSFG with Hillsborough County Sheriff's Office ("HCSO") staffing (composite) (April 28, 2017) |
| ✓ 3 | | 9/13/22 | | A Stipulated | Metro PCS phone records for Andrew Joseph, Jr. |
| ✓ 4 | | 9/13/22 | | A Stipulated | Metro PCS phone records for Deanna Hardy |
| ✓ 5 | 9/13/22 | 9/13/22 | H. Echenique | A | Metro PCS phone records for AJ III |
| 6 | | | | A | Plaintiff's Responses to Defendant's First Set of Interrogatories |
| 7 | | | | A | Plaintiff's Responses to Defendant's Second Set of Interrogatories |
| 8 | | | | A | Plaintiff's Responses to Defendant's First Set of Request for Admissions |
| 9 | | | | A | Plaintiff's Responses to Defendant's Second Set of Request for Admissions |
| ✓ 10 | 9/13/22 | 9/13/22 | M. Clark | A | AJ III's ejection form |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

Page **1** of **2**

# EXHIBIT B

| | # | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | 11 | | 9/13/22 | | A Stipulated | AJ III's FCIC/NCIC background check |
| ✓ | 12 | | 9/13/22 | | A Stipulated | AJ III's photograph |
| ✓ | 13 | | 9/13/22 | | A Stipulated | HCSO CAD Call 2014-71836 |
| ✓ | 14 | | 9/13/22 | | A Stipulated | FSFG aerial photo (February 9, 2014) |
| ✓ | 15 | 9/13/22 | 9/13/22 | Mark Clark | Relevance | Photos of Student Day 2017 (composite) (February 9, 2017) |
| ✓ | 16 | 9/13/22 | 9/13/22 | H. Echenique | A Stipulated | Photos of the FSFG (composite) (April 17, 2014) |
| ✓ | 17 | | 9/13/22 | | A Stipulated | FHP photos of accident scene in Interstate-4 (composite) (February 7, 2014) |
| ✓ | 18 | | 9/13/22 | | A Stipulated | FHP Call History Record |
| | 19 | | 9/13/22 | | A Stipulated | FHP-714-03-006 report |
| ✓ | 20 | | 9/13/22 | | A Stipulated | Fleetmatics Report T92347 (Deputy Chester) |
| ✓ | 21 | 9/13/22 | 9/13/22 | Stephen Jones | A Stipulated | Fleetmatics Report T73249 (Sergeant Jones) |
| ✓ | 22 | | 9/13/22 | | A Stipulated | 2014 Fair Map |
| ✓ | 23 | | 9/13/22 | | A Stipulated | Van T92347 GPS (Deputy Chester) |
| ✓ | 24 | | 9/13/22 | | A Stipulated | Van T73249 GPS (Sergeant Jones) |
| ✓ | 25 | | 9/13/22 | | A Stipulated | Fairgrounds layout (labeled aerial photograph) |
| ✓ | 26 | 9/13/22 | 9/13/22 | Henry Echenique | A Stipulated | HCSO proposed rosters (February 7, 2014) |
| ✓ | 27 | | 9/13/22 | | A Stipulated | Employment of Off-Duty Deputy Sheriffs Indemnification Agreement |
| ✓ | 28 | | 9/13/22 | | A Stipulated | 2014 FSF Budget Proposal |
| ✓ | 29 | | 9/13/22 | | A Stipulated | 2014 FSF Event Action Plan |
| ✓ | 30 | | 9/13/22 | | A Stipulated | 2014 FSF Off-Duty Deputy Payroll |
| ✓ | 31 | | 9/13/22 | | A Stipulated | HCSO Inter-Office Memorandums from Major Al Greco to Chief Deputy Jose M. Docobo regarding the 2014 FSF (November 5, 2013) |
| ✓ | 32 | | 9/13/22 | | A Stipulated | HCSO Trespass Authorization Form for the FSFG (January 3, 2014) |
| ✓ | 33 | | 9/13/22 | | A Stipulated | Jordan Porrino KIK message with AJ III (February 7, 2014) |
| | 34 | | | | | Video 1 of Student Day 2014 (February 7, 2014) |
| | 35 | | | | | Video 2 of Student Day 2014 (February 7, 2014) |