# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ANDREW JOSEPH, JR., as natural father, next friend and personal representative of the Estate of Andrew Joseph, III, deceased,**

     **Plaintiff,**

**v.**                                                    **Case No: 8:16-cv-274-MSS-CPT**

**CHAD CHRONISTER, in his official capacity as the Sheriff of Hillsborough County, State of Florida; and Deputy Sheriff MARK CLARK, in his individual capacity,**

     **Defendants.**

_____

## <u>ORDER</u>

     **THIS CAUSE** comes before the Court *sua sponte*. The Court previously held in abeyance Plaintiff's oral Rule 50(a) Motion for Judgment as a Matter of Law on the issue of probable cause. As such, Plaintiff is hereby **ORDERED** to file briefing on this issue within fourteen **(14) days of this Order**. Defendant shall have fourteen (14) days to file a response in opposition.

The Court will delay entry of judgment pending resolution of this issue. **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of September, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person